EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Aprobación de Baja Voluntaria de abril y mayo de 2013 | 2013 TSPR 84 189 DPR ____ |
|---|---|

Número del Caso: EM-2013-7

Fecha: 24 de julio de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de
Baja Voluntaria de
abril y mayo de 2013          EM-2013-7

Sala de Verano integrada por la Juez Asociada señora Rodríguez Rodríguez, como su Presidenta, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.

RESOLUCIÓN

San Juan, Puerto Rico, a   24 de julio de 2013.

Durante el periodo de abril y mayo de 2013, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

**abril**

| Héctor Cordero Vega | 1726 |

**mayo**

| Héctor M. Varela Riestra | 6329 |
| Irma C. Cuebas Chardón | 7726 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo